JESSE DE WITT, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Defendant. JOHN A. FISCHER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Defendant. DEMKO MELNIEZNK, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Defendant. MIKE LITUS, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Defendant.— Order unanimously affirmed, with ten dollars costs and disbursements, on the opinion of Staley, J., at Special Term. [Reported in 119 Misc. Rep. 456.]